1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

Pius Egu, et al.,

2:25-cv-01031-APG-MDC

4

Plaintiff(s),

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO CORRECT THE CASE**
**CAPTION (ECF NO. 7); DENYING**
**PLAINTIFFS' IFP APPLICATION AS**
**UNNECESSARY (ECF NO. 8); AND**
**GRANTING PLAINTIFF'S MOTION TO**
**FILE ELECTRONICALLY (ECF NO. 10)**

5

vs.

6

Columbia Debt Recovery, LLC,

7

Defendant(s).

8

9

10

Pro se plaintiffs Pius Egu and Kira Scott filed a *Motion to Correct the Case Caption, an Application to Proceed In Forma Pauperis (IFP),* and *a Motion for Pro Se Litigant to File Electronically. ECF Nos. 7, 8,* and *10.* The Court GRANTS the Motions to Correct the Case Caption because plaintiff merely asks the Court to correct the spelling of his last name in the caption from Ego to Egu. The Court DENIES the IFP application as unnecessary because the defendant paid the filing fee when it removed this case. The Court also grants the Motion to File Electronically.

11

12

13

14

15

16

17

18

19

Under Local Rule IC 2-1(b), a pro se litigant may request the Court's authorization to register as a filer in a specific case. Plaintiffs state that they will adhere to all rules, procedures, and technical requirements governing electronic filing in this Court. *ECF No. 10 at 1.* The plaintiffs also type their filings which indicates that they have access to a computer. Because the Court finds that plaintiffs are capable of filing electronically, it grants the motion.

20

**IT IS ORDERED that:**

21

1. Plaintiffs' *Motion to Correct the Case Caption* (ECF No. 7) is GRANTED.

22

23

2. The Clerk of Court is directed to correct the case caption as Egu as it is currently misspelled as Ego.

24

25

3. Plaintiffs' *Application to Proceed In Forma Pauperis* (ECF No. 8) is DENIED as

unnecessary.

4. Plaintiffs' *Motion for Pro Se Litigant to File Electronically* (ECF No. 10) is GRANTED.

5. Plaintiffs are authorized to register as filers in this case.

6. Plaintiffs shall familiarize themselves with the Local Rules pertaining to filing electronically. See LR IC 2-1 and 2-2.

7. Plaintiffs must submit completed registration forms available on the Court's website.

8. Plaintiffs shall comply with the following procedures to activate a CM/ECF account:

    a. Plaintiffs must become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form on the Court's website.

    b. Plaintiffs must read and comply with the guidelines for e-filing available both on the Court's website and here at https://perma.cc/2NCZ-T2WX

IT IS SO ORDERED.

DATED August 15, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified

time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**