# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Pius Egu, et al.,

                Plaintiff(s),

vs.


Columbia Debt Recovery, LLC,

                Defendant(s).

2:25-cv-01031-APG-MDC

**ORDER**

Pro se plaintiffs initiated this case last year but to date they have not submitted a discovery plan. Because plaintiffs have initiated this case, it is up to them to initiate the scheduling of the conference required by Federal Rule of Civil Procedure 26(f). See also Nevada Local Rule 26-1(a). The Court thus sets a new deadline for them to do so. Plaintiffs must initiate scheduling this conference and the defendant must work together with the plaintiffs in good faith. The parties have until **May 6, 2026,** to complete the conference and submit a stipulated discovery plan and scheduling order as required by Local Rule 26-1. Stipulated means that both plaintiffs and defendant must sign the discovery plan that the plaintiffs submit to the Court.  The parties are also directed to review the Court's 06/13/25 Standing Order (ECF No. 4).

//

//

**IT IS ORDERED that:**

1. The plaintiffs have until **May 6, 2026,** to confer with the defendant and file a stipulated discovery plan pursuant to this Order.

2. Failure to comply with this order may result in a recommendation to dismiss this case for failure to prosecute.

DATED:    April 6, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, parties must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in sanctions.**