# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PIUS EGU and KIRA SCOTT,<br><br>Plaintiffs<br><br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC,<br><br>Defendant | Case No.: 2:25-cv-01031-APG-MDC<br><br>**Order** |

On April 6, 2026, Magistrate Judge Couvillier ordered the plaintiffs to confer with the defendant and file a stipulated discovery plan by May 6, 2026. ECF No. 15.  On April 30, defendant Columbia Debt Recovery, LLC filed a notice of suggestion of bankruptcy related to plaintiff Pius Egu's commencement of a bankruptcy proceeding in the United States Bankruptcy Court for the District of Nevada. ECF No. 16.  A review of the bankruptcy court's docket shows that case has been closed.

I THEREFORE ORDER that the plaintiffs must comply with Magistrate Judge Couvillier's order to confer with the defendant and file a stipulated discovery plan by July 10, 2026.  Failure to comply with this order will result in this case being dismissed for failure to prosecute.

DATED this 18th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE