UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Pius Egu, et al.,<br>Plaintiff(s),<br>vs.<br>Columbia Debt Recovery, LLC,<br>Defendant(s). | 2:25-cv-01031-APG-MDC<br>**ORDER** |

Plaintiffs filed an *Emergency Motion for Extension of Time* ("Motion")(ECF No. 18) which asks for additional time to comply with the Court's previous Orders. *ECF Nos. 15 and 17*. The Court reviewed the Motion and addresses it now in the ordinary course. Plaintiffs argue that they are confused regarding which attorney represents Columbia Debt Recovery, LLC ("Columbia"), as the former lawyer, Calvin Davis, told them that he no longer represented Columbia. *ECF No. 18 at 1*. According to the Court's docket, attorney Kurt Bonds is counsel of record for Columbia. Defendant Columbia did not respond to plaintiffs' Motion. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. The defendant thus consents to the Motion.

The Court **GRANTS** the extension request in the Motion. Plaintiffs must reach out to defense counsel of record, Mr. Bonds, who is also obligated to meet and confer and work with plaintiff to file a stipulated discovery plan. Mr. Bonds contact information is:

**Kurt R. Bonds**
Hall & Evans, LLC

1160 N. Town Center Dr., Suite 330
Las Vegas, NV 89144
702-998-1022 | Email: nvefile@hallevans.com

//

**IT IS ORDERED** that:

1. Plaintiff's *Motion for Extension of Time* (ECF No. 18) is **GRANTED.**
2. The parties have until **September 18, 2026** to meet and confer and file a joint discovery plan pursuant to the Court's previous Orders (ECF Nos. 15 and 17).
3. Failure to timely comply with this Order may result in sanctions, including striking defendant's answer and entry of default judgment or dismissal of the case with prejudice.

DATED: September 2, 2026

_______________________________
Maximiliano D. Couvillier III
United States Magistrate Judge

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written

notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**