**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PIUS EGU and KIRA SCOTT,

Plaintiffs

v.

COLUMBIA DEBT RECOVERY, LLC,

Defendant

Case No.: 2:25-cv-01031-APG-MDC

**Order Denying Motion for Jury Trial**

[ECF No. 22]

The plaintiffs "inadvertently omitted a formal jury demand at the time" they filed their First Amended Complaint. ECF No. 22. They now move for an order granting them a jury trial. *Id*. "An untimely request for a jury trial must be denied unless some cause beyond mere inadvertence is shown." *Pac. Fisheries Corp. v. HIH Cas. & Gen. Ins., Ltd.*, 239 F.3d 1000, 1002 (9th Cir. 2001) (citations omitted). Because the plaintiffs have shown nothing but inadvertence for their late jury request, I must deny it.

I THEREFORE ORDER that the plaintiffs' motion for jury trial **(ECF No. 22) is denied**.

DATED this 6th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE